UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21009-CR-GOLD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ORLIN DIMITROV ANGELOV,
a/k/a VALERI ANGUELOFF,

    Defendant.
_____/

## ORDER ON MOTION TO MODIFY BOND

THIS CAUSE is before the Court on the Motion to Modify Bond filed by the Defendant's wife (D.E. #26) and the Motion to Strike filed by the Plaintiff. (D.E. #32). After reviewing the motions and the file in this cause, it is **ORDERED AND ADJUDGED** as follows:

(1) Based on the failure to comply with Local Rule 11.1(B), the Motion to Modify Bond (D.E. #26) is **DENIED**.

(2) The Motion to Strike Filing Captioned "Defendant's Motion to Modify Bond" (D.E. #32) is **GRANTED**.

**DONE AND ORDERED** this 14 day of March, 2008.

                          ROBERT L. DUBÉ
                          UNITED STATES MAGISTRATE JUDGE

cc:    Honorable Alan S. Gold
        Pretrial Services
        Service List