UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 07-21009-CR-GOLD

        Plaintiff,

VS.

ORLIN DIMITROV ANGELOV
a/k/a Valeri Angueloff,

        Defendant.
_____/

## OMNIBUS ORDER AFTER HEARING HELD

On March 18, 2008, this matter came for hearing pursuant to this Court's order setting motion hearing pursuant to the following motions: (1) defense counsel's motion to withdraw [**DE 31**] and (2) defendant's *pro se* letter motion for appointment of counsel [not filed with the Clerk of Court].

Based on the matters presented and the argument of counsel, it is hereby

**ORDERED AND ADJUDGED** as follow:

1) Defense counsel's motion to withdraw [**DE 31**] is hereby **granted**. Attorney Thomas Austin is hereby permitted to withdraw as counsel of record and relieved on any further responsibility.

2) The defendant's *pro se* letter motion for appointment of counsel [not filed with the Clerk of Court] is hereby **granted**.

3) The Federal Public Defender is hereby appointed to represent the defendant.

4) The hearing presently set before the undersigned for Friday, March 21, 2008 at 10:30 a.m. is hereby **canceled.**

5) A status conference is hereby set before the undersigned for **Friday April 18, 2008 at 10:00 a.m.** to discuss when this case can proceed to trial.

The Court finds that the ends of justice will be served by taking such action and outweighs the best interest of the public and defendants to a speedy trial. The Court bases its ruling on the factors set forth in Title 18, United States Code, Section 3161(h)(8)(B)(i) and (iv). The Court further finds the period of delay from **February 26, 2008 through the reset date for trial as determined at the status conference excludable** in calculating the period within which trial must commence under the Speedy Trial Act.

U.S.A. VS. ANGELOV, CASE NO. CASE NO: 07-21009-CR-GOLD

**DONE AND ORDERED** at Miami, Florida, this  19th  day of March, 2008.

*[signature]*

UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc: Magistrate Judge Bandstra

    AUSA Jason Linder

    Thomas Austin, Esquire

    Federal Public Defender
    150 West Flagler Street
    15th Floor
    Miami, Florida 33130-1555
    Faxed from Chambers: 305.536.4559

    Orlin Dimitrov Angelov
    Reg. No. 80107-004
    FDC Miami
    P O Box 019120
    Miami Florida 33101