UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO: 07-21009-CR-GOLD

              Plaintiff,

VS.

ORLIN DIMITROV ANGELOV
a/k/a Valeri Angueloff,

              Defendant.
_____/

### ORDER RESETTING HEARING TO JUNE 24, 2008 AT 2:00 PM

This matter is before this Court pursuant to the Government's *ore tenus* request to reset the June 25, 2008 hearing due to scheduling conflict, it is hereby

**ORDERED AND ADJUDGED** as follow:

1) The Government's *ore tenus* request to reset the June 25, 2008 hearing is **granted**.

2) The hearing is reset to **Tuesday, June 24, 2008 at 2:00 p.m.** to discuss the status of this case and hearing on defendant's objections, if filed, to the Magistrate Judge's Report and Recommendation pursuant to defendant's motion to suppress.

**DONE AND ORDERED** at Miami, Florida, this _____3rd_____ day of June, 2008.

                                              UNITED STATES DISTRICT JUDGE
                                              ALAN S. GOLD

cc:    AUSA Jason Linder

       Paul M. Korchin
       Asst. Federal Public Defender
       150 West Flagler Street
       15th Floor
       Miami, Florida 33130-1555

       Orlin Dimitrov Angelov
       Reg. No. 80107-004
       FDC Miami
       P O Box 019120
       Miami Florida 33101