UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO: 07-21009-CR-GOLD

Plaintiff,

VS.

ORLIN DIMITROV ANGELOV,

Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

On November 17, 2008, this matter came for hearing pursuant to this Court's order setting oral argument on the Government's objections [DE 90] and the Defendant's response thereto [DE 91] to Chief Magistrate Judge Ted E. Bandstra's Report and Recommendation and Supplemental Report and Recommendation on the following motions:

1) Defendant's Motion to Suppress Evidence [DE 16] and Amended Motion to Suppress Evidence [DE 23] and Memorandum in Support [24].

2) Defendant's motion to Reopen Suppression Hearing [DE 48].

A review of the docket sheet reveals that on February 19, 2008, an evidentiary hearing was held before Chief Magistrate Judge Ted E. Bandstra and on February 22, 2008, he issued a Report and Recommendation [DE 30]. On July 9, 2008, Chief Magistrate Judge Ted E. Bandstra issued a Supplemental Report and Recommendation [DE 55] recommending that the motions delineated herein be denied.

After a *de novo* review of all of the submissions of the parties and the record in this case, it is hereby

**ORDERED AND ADJUDGED** as follow:

1) This Court hereby adopts and affirms the Report and Recommendation and the Supplemental Report and Recommendation of the Chief Magistrate Judge, along with all of its

findings of fact and conclusions of law, for the reasons stated of record.

2) The defendants' motions, delineated herein and identified on the docket sheet with docket numbers 16, 23 and 48, are hereby denied.

**DONE AND ORDERED** at Miami, Florida, this \_\_\_20\_\_\_ day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc: Chief Magistrate Judge Bandstra
Counsel of Record